**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 5, 2015

Office of the Clerk
U.S. District Court
400 North Miami Ave.
Miami FL 33128

| | |
|---|---|
| Case Name: | US-v-Pedro Gonzalez |
| Case Number: | 3:15-70714 MAG |
| Charges: | 18:2252(a)(2) Receipt of child pornography |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Jacqueline Corley. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

Date: _____

**CLERK, U.S. DISTRICT COURT**

By _____